LAW OFFICES OF DONALD C. SCHWARTZ
DONALD CHARLES SCHWARTZ  Bar No. 122476
7960-B Soquel Drive, No. 291
Aptos, CA  95003
Telephone:     (831) 331-9909
Facsimile:      (831) 662-9892

Attorneys for Plaintiff
CHARLES THOMAS PACLIK

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES THOMAS PACLIK,<br><br>             Plaintiff,<br><br>      v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; UNITED PARCEL SERVICE, INC.; and DOES 1 to 100,<br><br>             Defendants. | Case No. 3:12-cv-05839 PJH<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

PLEASE TAKE NOTICE that the parties to this action, plaintiff Charles Thomas Paclik and defendant Metropolitan Life Insurance Company, have agreed to a settlement of this action conditioned only upon completion and execution of a written settlement agreement and stipulation for dismissal, and performance of that agreement.  The parties jointly and

SF/3739127v1

NOTICE OF CONDITIONAL SETTLEMENT

respectfully request that all pending dates in this matter be taken off calendar, including the March 14, 2013 Case Management Conference. The parties will submit a stipulation for dismissal of this entire action, with prejudice, following the execution and performance of the settlement agreement, and ask the court for forty-five (45) days from the date of this notice within which to file the stipulation.

DATED:  March 5, 2013          LAW OFFICES OF DONALD C. SCHWARTZ

By: /s/ Donald C. Schwartz (as authorized on 3/5/2013)
    Donald C. Schwartz
    Attorneys for Plaintiff
    CHARLES THOMAS PACLIK

DATED:  March 5, 2013          SEDGWICK LLP

By: /s/ Erin A. Cornell
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE COMPANY