UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES THOMAS PACLIK,

        Plaintiff(s),                      No. C 12-5839 PJH

   v.                                 **ORDER OF DISMISSAL**

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

        Defendant(s).

_____/

    The parties hereto, by their counsel, having advised the court that they have agreed to a conditional settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.  The parties may substitute a dismissal with prejudice at any time during this sixty-day period.

    IT IS SO ORDERED.

Dated:  March 6, 2013

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge